UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| FREDERICK GRAHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-CV-2784 AGF |
| DR. UNKNOWN PADDA, et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff, a prisoner, has filed a civil action. However, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $400 filing fee or submit a motion to proceed in forma pauperis. Additionally, if plaintiff files a motion to proceed in forma pauperis, plaintiff must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of the prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff a copy of the Court's prisoner motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 21st day of October, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE